**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JANE DOE,** | : | |
| **Plaintiff** | : | **No. 1:26-cv-01228** |
| | : | |
| | : | |
| **v.** | : | **(Judge Kane)** |
| **LEBANON VALLEY COLLEGE,** | : | |
| **Defendant** | : | |

**<u>CASE MANAGEMENT ORDER</u>**

**AND NOW**, on this 20th day of August 2026, in accordance with the Case Management Conference having been held before the Court on this date, **IT IS ORDERED THAT**:

1. Close of Fact Discovery shall be completed by **<u>January 19, 2027</u>.** The discovery deadline shall be extended only by leave of court, and upon motion filed prior to the expiration of such deadline. The motion shall: (a) specify discovery which has been completed; (b) state reasons for the requested extension; (c) list any previous extensions of discovery; and (d) attach a proposed order which establishes specifically the extended pretrial schedule being requested.

2. A Post-Discovery Status Conference is scheduled for **<u>January 27, 2027, at 11:00 a.m.</u>** via telephone. Plaintiff's counsel shall initiate the call to 717-221-3990. Prior to the conference, the parties shall meet and confer regarding settlement of the case.

3. The deadlines for expert discovery, if any, including the filing of expert reports and the taking of expert depositions, shall be set at the Post-Discovery Status Conference. The expert discovery deadline shall be extended only by leave of court, and upon motion filed prior to the expiration of such deadline,

4. Discovery related motions shall be filed only after a telephone conference with

the Court and with the approval of Court. Parties should contact Dawn McNew, my Courtroom Deputy at 717-221-3929.

5. The deadlines for dispositive motions, if any, will be set at the Post Discovery Status Conference. Any motion for summary judgment and opposition thereto shall conform to the requirements of Local Rule 56.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania