# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE,**<br>*PLAINTIFF*<br><br>VS.<br><br>**LEBANON VALLEY COLLEGE**<br>101 NORTH COLLEGE AVENUE<br>ANNVILLE, PA 17003,<br>*DEFENDANT* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **A CIVIL ACTION**<br><br><br><br>DOCKET NUMBER :<br>26-CV-1228-YK |

## <u>STIPULATION RE: DAMAGES</u>

Plaintiff, Jane Doe, through her counsel Bellwoar Kelly LLP and Ryan R. Grace, hereby STIPULATE AND AGREE with Defendant, Lebanon Valley College through its counsel McNees Wallace & Nurick LLC and Kimberly Colonna, as follows:

1. Plaintiff's claims for emotional distress and punitive damages on Count I and Count II of the Complaint are stricken with prejudice;

2. Plaintiff's claim for punitive damages on Count III of the Complaint is stricken without prejudice to file for reinstatement of punitive damages on or before the close of discovery; and,

3. Defendant's "Motion for Partial Judgment on the Pleadings" should be dismissed as moot.

| | |
|---|---|
| Ryan R. Grace | Kimberly Colonna |
| Bellwoar Kelly LLP | McNees Wallace & Nurick LLC |
| *Attorneys for the Plaintiff* | *Attorneys for the Defendant* |

SO ORDERED BY THE COURT:

_______________________________

Yvette Kane, U.S.D.J.