# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE,**<br>*PLAINTIFF*<br><br>VS.<br><br>**LEBANON VALLEY COLLEGE**<br>101 NORTH COLLEGE AVENUE<br>ANNVILLE, PA 17003,<br>*DEFENDANT* | : | **A CIVIL ACTION**<br><br>DOCKET NUMBER :<br>26-CV-1228-YK |

## STIPULATION RE: DAMAGES

Plaintiff, Jane Doe, through her counsel Bellwoar Kelly LLP and Ryan R. Grace, hereby STIPULATE AND AGREE with Defendant, Lebanon Valley College through its counsel McNees Wallace & Nurick LLC and Kimberly Colonna, as follows:

1. Plaintiff's claims for emotional distress and punitive damages on Count I and Count II of the Complaint are stricken with prejudice;

2. Plaintiff's claim for punitive damages on Count III of the Complaint is stricken without prejudice to file for reinstatement of punitive damages on or before the close of discovery; and,

3. Defendant's "Motion for Partial Judgment on the Pleadings" should be dismissed as moot.

Ryan R. Grace
Bellwoar Kelly LLP
*Attorneys for the Plaintiff*

Kimberly Colonna
McNees Wallace & Nurick LLC
*Attorneys for the Defendant*

SO ORDERED BY THE COURT:

s/ Yvette Kane
Yvette Kane, U.S.D.J.